CENTER FOR DISABILITY ACCESS
DENNIS PRICE, ESQ SBN 280048
ISABEL MASANQUE, ESQ. SBN 280048
CANDICE CLIPNER, ESQ., SBN 215379
100 PINE ST., STE 1250
SAN FRANCISCO, CA 94111
(858) 375-7385; (888)422-5191 FAX
candicec@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,** | Case: 1:21-cv-01488-JLT-BAK (SAB) |
| Plaintiff, | **Plaintiff's Notice of Application for Default Judgment by Court** |
| v. | |
| **Cooke City Raceway, Inc.** | Date:    **July 1, 2022**<br>Time:    **9:00 a.m.**<br>Location: **Courtroom 4, 7th Floor** |
| Defendant. | |
| | **District Judge Jennifer Thurston** |

PLEASE TAKE NOTICE that on July 1, 2022 at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, that Plaintiff Chis Langer will present his application for default judgment against Defendant Cooke City Raceway, Inc. Plaintiff seeks by way of default judgment, $4,000.00 in statutory damages; $4,282 in attorney fees and case costs, for a total money judgment in the amount of $8,282.00

Additionally, Plaintiff also seeks, pursuant to 42 U.S.C § 12181,

1 injunctive relief, enjoining Defendant from violating the ADA with respect to
2 its website, including a requirement that all current and future audio-video
3 content be closed captioned at the time of upload.
4     This Application is based on this notice, the declarations submitted in
5 support of this motion, the points and authorities, the exhibits and file in the
6 action.

8 Dated: May 20, 2022                    CENTER FOR DISABILITY ACCESS

10 By: *Candice Clipner*
Candice Clipner, Esq.
Attorney for Plaintiff