# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. 1:21-cv-01488-JLT-BAK |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 19, 24) |
| COOKE CITY RACEWAY, INC., | |
| Defendant. | |

On April 27, 2022, because Plaintiff had not taken any action on this case, the Court ordered Plaintiff to show cause on or before May 18, 2022, as to why sanctions should not be imposed for the failure to prosecute the action or file a motion for default judgment as to Cooke City Raceway, Inc. (ECF No. 19.) On May 18, 2022, Plaintiff filed a declaration explaining the delay in filing a motion for default judgment. (ECF No. 22.) Plaintiff subsequently filed a motion for default judgment as to Cooke City Raceway, Inc. (ECF No. 25.)

///

///

///

///

///

///

1

1    Accordingly, IT IS HEREBY ORDERED that the order to show cause issued April 27,

2  2022 (ECF No. 19) is DISCHARGED.[1]

3

4  IT IS SO ORDERED.

5  Dated:    **May 25, 2022**                                        _____
                                                          UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [1] The Court previously ordered the Plaintiff to show cause why sanctions should not be imposed for the failure to prosecute the action and to serve the summons and complaint in a timely fashion as ordered. (ECF No. 5.)  Plaintiff subsequently filed the proof of service. (ECF No. 6.)  Therefore, the order to show cause issued December 6, 2021
28  (ECF No. 5) is also DISCHARGED.