# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>    v.<br><br>COOKE CITY RACEWAY, INC.,<br><br>        Defendant. | Case No. 1:21-cv-01488-JLT-BAK<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO PROSECUTE THIS ACTION AND REQUIRING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT OR NOTICE OF DISMISSAL<br><br>(ECF No. 34)<br><br>**SEPTEMBER 12, 2022 DEADLINE** |

Plaintiff Chris Langer filed this action on October 5, 2021, alleging violation of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.*, (the "ADA"); California's Unruh Civil Rights Act, California Civil Code § 51, *et seq.* (the "Unruh Act"); and California Health and Safety Code §§ 4450, 19955(a), 19959. (ECF No. 1.) On July 27, 2022, the Court issued findings and recommendations recommending Plaintiff's motion for default judgment be denied. (ECF No. 31.) On August 10, 2022, Plaintiff filed objections. (ECF No. 33.) On August 12, 2022, the District Judge adopted the findings and recommendations, denied Plaintiff's motion for default judgment, and ordered Plaintiff to file a first amended complaint within twenty-one (21) days, or by September 2, 2022. (ECF No. 34.)

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Plaintiff did not file a first amended complaint or file any other notice to comply with the Court's August 12, 2022 order. Orders to show cause have been issued twice previously in this action. (ECF Nos. 5, 19.) The Court shall order Plaintiff to show cause why sanctions should not be imposed, and Plaintiff shall file either a notice of dismissal or a first amended complaint on or before September 12, 2022.

Accordingly, IT IS HEREBY ORDERED that **on or before September 12, 2022**:

1. Plaintiff shall show cause in writing why sanctions should not issue for the failure to file a first amended complaint or otherwise comply with the Court's August 12, 2022 order (ECF No. 34);

2. Plaintiff shall file either a notice of dismissal or a first amended complaint;

3. The filing of a notice of dismissal or complaint will not discharge the order to show cause absent a separate written substantive response to the order to show cause; and

4. The failure to comply with this order will result in the imposition of monetary sanctions, or other possible sanctions including dismissal of this action.

IT IS SO ORDERED.

Dated: **September 6, 2022**

UNITED STATES MAGISTRATE JUDGE