# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  v.<br><br>COOKE CITY RACEWAY, INC.,<br><br>  Defendant. | Case No. 1:21-cv-01488-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 35, 36, 37) |

On August 12, 2022, the Court denied Plaintiff's motion for default judgment. (ECF No. 34.) On September 6, 2022, the Court issued an order to show cause why monetary sanctions should not issue for the failure to prosecute this action and requiring Plaintiff to file an amended complaint or a notice of dismissal. (ECF No. 35.)

On September 12, 2022, Plaintiff filed a response to the order to show case and a notice of voluntary dismissal. (ECF Nos. 36, 37.) In response to the order to show cause, Plaintiff indicates he inadvertently missed the calendar deadline and apologizes to the Court. (ECF No. 36.) The Court is satisfied with this response and shall discharge the order to show cause.

Further, in light of the notice of dismissal (ECF No. 37), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and

has been dismissed without prejudice.

Accordingly, IS IT HEREBY ORDERED that the September 6, 2022 order to show cause (ECF No. 35) is DISCHARGED.  Furthermore, the Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   __September 13, 2022__                       _____
UNITED STATES MAGISTRATE JUDGE